UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. and PLANNED PARENTHOOD OF CONNECTICUT, INC., <br><br>    Plaintiffs,<br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, in his official capacity,<br><br>    Defendant. | Civil Action No. 3:09-cv-00057 (JBA)<br><br>January 16, 2009 |

## MOTION FOR CONSOLIDATION

Plaintiffs, Planned Parenthood Federation of America, Inc. and Planned Parenthood of Connecticut, Inc. ("Plaintiffs") respectfully move pursuant to Fed. R. Civ. P. 42 for consolidation with *State of Connecticut v. United States of America*, Civil Action No. 3:09-CV-00054(RNC) ("State of Conn.").

Consolidation of these actions is appropriate because *Planned Parenthood Federation of America, Inc., et al. v. Leavitt* ("PPFA") and *State of Conn.* challenge the same U.S. Department of Health and Human Services regulation (the "Regulation")[1] and allege common questions of law and fact. *Compare* Compl., *PPFA*, (alleging that the Regulation violates, *inter alia*, the Administrative Procedure Act) *with* Compl., *State of Conn.* (same). The challenges are also both brought against Defendant Leavitt. *Compare* Compl., *PPFA with* Compl., *State of Conn.*

Rule 42(a)(2) provides that "[if] actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Where there are common factual or legal

---

[1] The Regulation is entitled "Ensuring That Department of Health and Human Services Funds Do Not Support Coercive or Discriminatory Policies or Practices in Violation of Federal Law ("Regulation"). 73 Fed. Reg. 78072 (Dec. 19, 2008) (to be codified at 45 CFR Part 88).

questions, consolidation should be granted in order to "expedite trial and eliminate unnecessary repetition and confusion." *Devlin v. Transp. Commc'n Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999) (internal quotation marks and citation omitted); *see also Kelleher v. ADVO, Inc.*, Civil No. 06CV01422 (AVC), 2007 WL 1232177, at *1 (D.Conn. Apr. 24, 2007) (granting consolidation motion where "three matters involve[d] common questions of law and fact").

Because *PPFA* and *State of Conn.* involve common questions of law and fact, as well as a common defendant, and because consolidation would promote the interests of judicial economy and eliminate unnecessary repetition, Plaintiffs respectively request that the actions be consolidated. Plaintiff State of Connecticut consents to this request.

PLAINTIFFS,
PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. and PLANNED PARENTHOOD OF CONNECTICUT, INC.,

_____
Carolyn W. Kone
Federal Bar No. ct06207
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
(203) 772-2600 (phone)
(203) 772-4008 (fax)
ckone@bswlaw.com

Helene T. Krasnoff
Diana O. Aguilar
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
(202) 973-4800 (phone)
(202) 296-3480 (fax)
helene.krasnoff@ppfa.org
diana.aguilar@ppfa.org

Roger K. Evans
Eve C. Gartner
Planned Parenthood Federation of America
434 West 33rd Street
New York, NY 10001
(212) 541-7800 (phone)
(212) 247-6811 (fax)
roger.evans@ppfa.org
eve.gartner@ppfa.org

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail this 16th day of January, 2009 upon:

Helene T. Krasnoff
Diana O. Aguilar
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005

Roger K. Evans
Eve C. Gartner
Planned Parenthood Federation of America
434 West 33rd Street
New York, NY 10001

_____
Carolyn W. Kone (ct06207)