/s/ Robert N. Chatigny (/s/)D.J.
Robert N. Chatigny

January 22, 2009.  Granted.  So ordered.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. and PLANNED PARENTHOOD OF CONNECTICUT, INC.,

Plaintiffs,

v.

MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, in his official capacity,

Defendant.

Civil Action No. 3:09-cv-00057 (JBA)

January 16, 2009

## MOTION FOR CONSOLIDATION

Plaintiffs, Planned Parenthood Federation of America, Inc. and Planned Parenthood of Connecticut, Inc. ("Plaintiffs") respectfully move pursuant to Fed. R. Civ. P. 42 for consolidation with *State of Connecticut v. United States of America*, Civil Action No. 3:09-CV-00054(RNC) ("State of Conn.").

Consolidation of these actions is appropriate because *Planned Parenthood Federation of America, Inc., et al. v. Leavitt* ("PPFA") and *State of Conn.* challenge the same U.S. Department of Health and Human Services regulation (the "Regulation")[1] and allege common questions of law and fact. *Compare* Compl., *PPFA*, (alleging that the Regulation violates, *inter alia*, the Administrative Procedure Act) *with* Compl., *State of Conn.* (same). The challenges are also both brought against Defendant Leavitt. *Compare* Compl., *PPFA with* Compl., *State of Conn.*

Rule 42(a)(2) provides that "[if] actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Where there are common factual or legal

---

[1] The Regulation is entitled "Ensuring That Department of Health and Human Services Funds Do Not Support Coercive or Discriminatory Policies or Practices in Violation of Federal Law ("Regulation"). 73 Fed. Reg. 78072 (Dec. 19, 2008) (to be codified at 45 CFR Part 88).