*/s/ Robert N. Chatigny, USDJ*
Robert N. Chatigny, U.S.D.J.

So ordered. Granted. January 22, 2009.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. and PLANNED PARENTHOOD OF CONNECTICUT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, in his official capacity, <br><br> Defendant. | Civil Action No. 3:09-cv-00057 (RNC) <br><br><br> January 22, 2009 |

## MOTION FOR CONSOLIDATION

Plaintiffs, Planned Parenthood Federation of America, Inc. and Planned Parenthood of Connecticut, Inc. ("Plaintiffs") respectfully move pursuant to Fed. R. Civ. P. 42 for consolidation with *National Family Planning and Reproductive Health Association and Fair Haven Community Health Center v. Leavitt*, Civil Action No. 3:09-CV-00055 (CFD) ("NFPRHA").

Consolidation of these actions is appropriate because *Planned Parenthood Federation of America, Inc., et al. v. Leavitt* ("PPFA") and *NFPRHA* challenge the same U.S. Department of Health and Human Services regulation (the "Regulation")[1] and allege common questions of law and fact. *Compare* Compl., *PPFA*, (alleging that the Regulation violates, *inter alia*, the Administrative Procedure Act) *with* Compl., *NFPRHA* (same). The challenges are also both brought against Defendant Leavitt. *Compare* Compl., *PPFA with* Compl., *NFPRHA*.

Rule 42(a)(2) provides that "[if] actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Where there are common factual or legal

---

[1] The Regulation is entitled "Ensuring That Department of Health and Human Services Funds Do Not Support Coercive or Discriminatory Policies or Practices in Violation of Federal Law ("Regulation"). 73 Fed. Reg. 78072 (Dec. 19, 2008) (to be codified at 45 CFR Part 88).